# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162397(79)


UPPER PENINSULA POWER COMPANY,
   Plaintiff/Counterdefendant-
   Appellant,

v

VILLAGE OF L'ANSE,
   Defendant/Counterplaintiff-
   Appellee,
and

WPPI ENERGY, INC., and UTILITY
SYSTEMS ENGINEERING, INC.,
   Defendants-Appellees.
_____/

SC: 162397
COA: 349833
Baraga CC: 2018-006862-CZ


   On order of the Chief Justice, the joint motion of DTE Electric Company and DTE Gas Company to file a brief amicus curiae is GRANTED.  The amicus brief submitted on February 16, 2021, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____February 19, 2021_____



        Clerk